THE FINKEL FIRM
Sheryl Marx
Nikolay Kogan
3470 Wilshire Blvd., Suite 830
Los Angeles, California 90010
Phone: 213-787-7411
Fax: 323-916-0521
sheryl@finkelfirm.com

Attorney for Plaintiff
SANDRA ALBARRACIN

Seyfarth Shaw LLP
Elizabeth M. Levy (SBN 268926)
elevy@seyfarth.com
Catherine S. Feldman (SBN 299060)
cfeldman@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
MICHAEL KORS (USA), INC.

GORDON REES SCULLY MANSUKHANI, LLP
Joshua B. Wagner (SBN 199570)
Diane N. Gerstenfeld (SBN 332992)
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
Adecco USA, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA ALBARRACIN, an individual,<br><br>                Plaintiffs,<br><br>      v.<br><br>ADECCO USA, INC., a Delaware corporation; MICHAEL KORS (USA), INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-09267-FLA-PD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>District Judge Fernando L. Aenlle Rocha |

The above-referenced matter having been settled and fully resolved through Mediation on April 20, 2023, Plaintiff SANDRA ALBARRACIN and Defendants ADECCO USA, INC. and MICHAEL KORS (USA), INC., by and through counsel, hereby stipulate and agree pursuant to Federal Civil Rule 41(a)(1)(A)(ii) to the voluntary dismissal, with prejudice, of all claims and the entire action, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer above hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 4, 2023

THE FINKEL FIRM APC

By: _____
Sheryl Marx
Attorney for Plaintiffs
SANDRA ALBARRACIN

Dated: August 4, 2023

SEYFARTH SHAW LLP

By: /s/ Catherine S. Feldman
Elizabeth M. Levy
Catherine S. Feldman
Attorneys for Defendants
MICHAEL KORS (USA), INC.

Dated: August 4, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Joshua B. Wagner
Joshua B. Wagner
Attorney for Defendant
ADECCO USA, Inc.